Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Acceleron, LLC     v. Dell Inc.

No. 15-1513

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for: Dell Inc.
                                                               Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [✓] Cross Appellant
[ ] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Stephanie DeBrow |
| Law firm: | Baker Botts LLP |
| Address: | 98 San Jacinto Blvd., Ste. 1500 |
| City, State and ZIP: | Austin, TX 78701 |
| Telephone: | 512-322-2636 |
| Fax #: | 512-322-8384 |
| E-mail address: | stephanie.debrow@bakerbotts.com |

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): June 16, 2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes     [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| April 15, 2015 | /s/Stephanie DeBrow |
| Date | Signature of pro se or counsel |

cc: _____

123

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on April 15, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
(by email or CM/ECF)

| Kevin Meek | /s/Kevin Meek |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Baker Botts
Address: 98 San Jacinto Blvd., Ste. 1500
City, State, ZIP: Austin, TX 78701
Telephone Number: 512-322-5471
FAX Number: 512-322-3622
E-mail Address: kevin.meek@bakerbotts.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.