No. 15-1513

# United States Court of Appeals
# For the Federal Circuit

DELL INC., *Appellant*

v.

ACCELERON, LLC, *Cross-Appellant*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, IPR2013-00440

**NOTICE OF CORRECTION TO JOINT APPENDIX**

Pursuant to the Practice Note accompanying Federal Circuit Rule 32, Appellant Dell Inc. ("Dell") notifies the Court that an error is being corrected on pages A4 and A2280 of the Joint Appendix that was filed on September 24, 2015. After filing the Joint Appendix, it came to Dell's attention that on both pages A4 and A2280 a figure was inadvertently deleted.

A corrected version of the Joint Appendix—with the inclusion of corrected pages A4 and A2280 and the designation "Corrected" on the cover—will be filed electronically. No other changes to the Joint Appendix have been made. Counsel

for Cross-Appellant Acceleron, LLC ("Acceleron") has been notified of the correction.

Dated: September 30, 2015

Respectfully submitted,

/s/ Kevin Meek

Kevin Meek
(kevin.meek@bakerbotts.com)
Paula Heyman
(paula.heyman@bakerbotts.com)
Brett Thompsen
(brett.thompsen@bakerbotts.com)
Catherine Garza
(cat.garza@bakerbotts.com)

BAKER BOTTS L.L.P.
98 San Jacinto Blvd.
Suite 1500
Austin, TX 78701
(512) 322-2500

*Attorneys for Appellant*

# CERTIFICATE OF FILING AND SERVICE

I certify that today, September 30, 2015, the foregoing **NOTICE OF CORRECTION TO JOINT APPENDIX** was filed with the U.S. Court of Appeals for the Federal Circuit by means of the Court's CM/ECF system. I further certify that the foregoing was served on Cross-Appellant's counsel by means of email as well as by the Court's CM/ECF system, which should have sent a Notice of Docket Activity to:

Norman Andrew Crain (andrew.crain@thomashorstemeyer.com)
Kenneth Anthony Knox (kenny.knox@thomashorstemeyer.com)
Robert Duncan Gravois (robert.gravois@thomashorstemeyer.com)

THOMAS HORSTEMEYER, LLP
400 Interstate North Parkway SE
Suite 1500
Atlanta, GA 30339
(770) 933-9500


Dated: September 30, 2015

                                                /s/ Kevin Meek
                                                  Kevin Meek

                                        BAKER BOTTS L.L.P.
                                        98 San Jacinto Blvd.
                                        Suite 1500
                                        Austin, TX 78701
                                        (512) 322-2500

                                        *Attorney for Appellant*